FILED

2025 Sep-29 PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court

for the

## NORTHERN DISTRICT OF ALABAMA

FILED

2025 SEP 29 P 2:02

U.S. DISTRICT COURT
N.D. OF ALABAMA

_____
*Plaintiff,*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

Sharon Ragland

**v.**

Wal Mart

_____
*Defendant(s),*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)*

}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}

Case No.:_____
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff**

Name — Sharon Ragland

Street Address — 4954 Karen Ln

City and County — Adamsville Al 35065

State and Zip Code — Alabama 35065

Telephone Number — 205-567-4981

E-mail Address *(if known)* — 9underwood795@gmail.com

☐ **Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.**

9/25/2025
**Date**

Ragland
**Participant Signature**

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## II.    Basis for Jurisdiction

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                        Krystal Chapman

    Job or Title *(if known)*    Coach

    Street Address           1007 Red Farmer Dr

    City and County         Hueytown Al Jefferson

    State and Zip Code     Alabama 35023

    Telephone Number      205-744-9997

    E-mail Address *(if known)*

Defendant No. 2

    Name                        Brent

    Job or Title *(if known)*    Store Mgr

    Street Address           1007 Red Farmer Dr

    City and County         Hueytown Jefferson

    State and Zip Code     Alabama 35023

    Telephone Number      205-744-9997

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Wal Mart |
| Street Address | 1007 Red Farmer Dr |
| City and County | Hueytown   Jefferson |
| State and Zip Code | Alabama 35023 |
| Telephone Number | 205-744-9997 |

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me

☑    Termination of my employment

☑    Failure to promote me

☐    Failure to accommodate my disability

☑    Unequal terms and conditions of my employment

☑    Retaliation

☐    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s): Started May 2023 Continued until I was terminated Dec. 2023

C.  I believe that defendant(s) (check one):

☐  is/are still committing these acts against me

☐  is/are not still committing these acts against me

D.  Defendant(s) discriminated against me based on my (check all that apply and explain):

☐  race _____

☐  color _____

☑  gender/sex  Denied Promotion Because Im a female

☐  religion _____

☐  national origin _____

☐  age (year of birth) _____
(only when asserting a claim of age discrimination)

☑  disability or perceived disability (specify disability) High Blood Pressure and Diabetes as well as Anxiety

E.  The facts of my case are as follows. Attach additional pages if needed. I Was Harrassed daily Made fun of the whole Store Knew I Caught Covid and was then Diagnosed With diabetes Krystal Picked On me daily I Went to the Store Mgr. Several times Only for him to tell her What I Said Without following Walmart Policy and having a meeting with us She Came back to me Calling me a Smitch and a Telly Tail and Said the Store Mgr at that Time told her to fire me. And She terenated While on FMLA

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: __/2/2023__

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter

☑    issued a Notice of Right to Sue letter, which I received on *(date)*: _____

__I have already Submitted you all a Copy__

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:    __You all have it before 60 days elapsed__

☐    60 days or more have elapsed

☑    less than 60 days have elapsed

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Liquidated damage - $500,000
Punitive damages - $500,000
Lost Wages - $30,000

I believe im due punitive and Liquidated damages Because due to the Harrising everytime I was done Wrong and Reported it I Was Harrass up until My doctor Put me on leave I Lost everything Including a Car my mother left me

Before she Passed, I Couldnt Pay my Bills. Stress Couldnt eat Lost Over 100 pds

## VI.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 9/25/2025

Signature of Plaintiff: _Kaglam_

Printed Name of Plaintiff: Sharon Ragland

### B.    For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

Sharon Ragland
4954 Karen Ln
Adamsville Al 35005



Birmingham, AL PSDC-357
THU 25 SEP 2025 PM

Northern District Of Alabama
Clerk Office
1729 - 5th Ave North
Birmingham Al 35203